JS-6

UNITED STATES DISTRICT COURT CENTRAL

DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

SIERRA GROUP – USA, INC.,

     Plaintiff,

v.

RONALD R. PETRUCCIONE,

     Defendant.

Case No. 8:17−cv−02099−CJC−KES

**ORDER OF DISMISSAL**

     For good cause appearing and based upon the parties' Joint Stipulation of Dismissal, the Court Orders that the above-captioned action shall be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

     **IT IS SO ORDERED.**

Dated: _____February 25_____, 2019.

_____
Cormac J. Carney
United States District Judge

cc: ADR OFFICE